# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Certain Post-Bankruptcy Claimants v. RML, LLC**  Docket No.: **24-2843**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Kannon K. Shanmugam

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 2001 K Street, N.W. Washington, DC 20006

Telephone: (202) 223-7325     Fax:

E-mail: kshanmugam@paulweiss.com

Appearance for: RML LLC / Respondent
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Paul A Paterson -- Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/21/2022   OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Kannon K. Shanmugam

Type or Print Name: Kannon K. Shanmugam